I187SMIC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                     13 Cr. 889 (RMB)

JAMES SMITH,

        Defendant.

------------------------------x

                           New York, N.Y.
                           January 8, 2018
                           2:30 p.m.

Before:

                HON. RICHARD BERMAN
                       District Judge

                   APPEARANCES

GEOFFREY S. BERMAN
    Interim United States Attorney for the
    Southern District of New York
BY:  JUSTINA GERACI
    Assistant United States Attorney

AVRAHAM MOSKOWITZ
    Attorney for Defendant

I187SMIC

1           (Case called)

2           (In open court)

3           THE COURT:  So we have Mr. Moskowitz back.

4           MR. MOSKOWITZ:  Yes, your Honor.  I apologize for this

5    morning.

6           THE COURT:  Oh, no, no, no, I didn't mean that.  I

7    mean back in.  No need to apologize.

8           So the question is in light of the mandate from the

9    Second Circuit how you all wish to proceed.  So just so you

10   know, it was my intention to sentence within the guideline

11   range.  So, on Count One of the sentence, to the extent it's

12   interpreted as being over that range, it's not my intention.

13   And it also was my intention, is my intention, to sentence

14   concurrently.  But I don't mean to short circuit any steps you

15   may wish to take or any suggestions that you have.  I'm

16   interested to hear you out.

17           MR. MOSKOWITZ:  Your Honor, we're prepared to proceed.

18   I don't have anything additional to add to my original

19   sentencing submission.  I made the argument at that time as to

20   what we thought the appropriate sentence was.  Your Honor went

21   a little bit above what we were advocating for.  I renew those

22   original arguments and ask the court to consider a sentence

23   below that initially imposed.  But I understood from the

24   sentence, which is why I didn't object at the time, because I

25   kind of understood where your Honor was headed.

I187SMIC

1        THE COURT:  Right, OK.

2        MR. MOSKOWITZ:  May I have a moment, Judge?

3        THE COURT:  Sure.

4        MR. MOSKOWITZ:  We're ready, Judge.

5        THE COURT:  So I think just so the record is the most

6   clear, what I'm going to do is -- I mean I've signaled what my

7   intention was and is, but I think it's best if we put the

8   matter over for a relatively short period, and if each side

9   could submit a letter, however long or short you wish, and then

10   we will set a date following those two submissions so that

11   everybody has the opportunity to say what they wish to say,

12   because it is an important matter, and we should treat it that

13   way.

14        I would suggest that the defense submit first, and you

15   tell me what is a comfortable date for you, Mr. Moskowitz.

16        MR. MOSKOWITZ:  Your Honor, I am leaving on Thursday

17   for a rather lengthy vacation luckily for me, so I would

18   suggest mid to late February, because I won't be back until the

19   29th.

20        THE COURT:  OK.  So you give me a good date.  So there

21   is no prejudice -- just so Mr. Smith is aware -- by delaying.

22   We are setting a date in February or March.  There is no

23   disadvantage to him.

24        MR. MOSKOWITZ:  The week of the 12th, so maybe the

25   15th, or the 16th, in the morning, if that works for the court.

I187SMIC

1         THE COURT:  For the return date or for your

2    submissions?

3         MR. MOSKOWITZ:  I can make my submission I guess by

4    the 16th?

5         THE COURT:  Of February?

6         MR. MOSKOWITZ:  Yes.

7         THE COURT:  2/16.  And then the government by?

8         MS. GERACI:  We probably only need a week or so.

9         THE COURT:  So, how about 2/23?  Then can are you

10   comfortable to come back on the 26th or the 27th?  Do those

11   dates work?  Wait, hold on.  I should say the 28th would be

12   better for me if it works for you.

13        MR. MOSKOWITZ:  That's fine.  I actually have to be in

14   Central Islip at one, so any other day in that week I think

15   probably works better.

16        THE COURT:  How about March 1?

17        MR. MOSKOWITZ:  I'm here at 11 o'clock in front of

18   Judge Swain, so I can come before or after, either one.

19        THE COURT:  Is 9:30 too early?

20        MR. MOSKOWITZ:  Not for me.

21        THE COURT:  So let's say March 1 at 9:30.  And I will

22   give you a ruling at that time.  How is that?  Great.  All

23   right.  Nice to see you.

24        MR. MOSKOWITZ:  One moment.

25        THE COURT:  Oh, sure.

I187SMIC

1          MS. GERACI:  Thank you.

2          MR. MOSKOWITZ:  OK.  Thank you, Judge.

3          THE COURT:  All right.  See you then.  Thanks a lot.

4          (Adjourned)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25