

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 29, 2022

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. James Smith*, 13 Cr. 889 (RMB)

Dear Judge Berman:

    The Government respectfully requests a two-week adjournment to respond to defendant's supplemental brief in support of his motion filed under 28 U.S.C. § 2255 (the "Supplemental Brief"). The defendant filed the Supplemental Brief on December 8, 2022, and on December 13, 2022 the Court requested that the Government file a response by January 3, 2023. Given the holidays and the undersigned's obligations in other cases, the Government respectfully requests that its response be due by January 17, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Jeffrey W. Coyle*
Jeffrey W. Coyle
Assistant United States Attorney
Southern District of New York
(212) 637-2437
Jeffrey.Coyle@usdoj.gov

Application granted.

SO ORDERED:
Date: 12/29/22
*Richard M. Berman*
Richard M. Berman, U.S.D.J.