UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES SMITH,<br><br>　　　　　　　　Petitioner,<br><br>　　-against-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | 13-CR-0889 (RMB)<br><br>20-CV-6844 (RMB)<br><br>ORDER |

　　　　The U.S. Attorney's Office shall file an answer or other pleadings in response to Petitioner's motion for compassionate release under 18 U.S.C. § 3582, dated May 10, 2022, on or before March 15, 2023.

Dated: February 23, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**RICHARD M. BERMAN, U.S.D.J.**