UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES SMITH,<br><br>       Movant,<br><br>  -against-<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | 20-CV-6844 (RMB)<br><br>13-CR-0889-1 (RMB)<br><br>ORDER |

The Clerk of Court is requested to notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that James Smith's pro se "Motion for an Order Authorizing the District Court to Consider a Successive or Second Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §§ 2244(b), 2255(h)" was transferred to this Court by the United States Court of Appeals for the Second Circuit on March 12, 2024. (ECF No. 13).

The U.S. Attorney's Office shall respond to Mr. Smith's submission on or before April 13, 2024. Mr. Smith shall have thirty days from the date of the Government's filing to reply.

                _RMB_
                Richard M. Berman
                United States District Judge

Dated: March 14, 2024
    New York, New York