

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 19, 2024

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. James Smith*, 13 Cr. 889 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter to request a brief extension for its response to the defendant's letter "set[ting] forth the requested supplemental grounds on which [he is] seeking relief in [his] motion dated March 27, 2024." (ECF No. 152 (the "Supplemental Motion").) On September 17, 2024, the Court ordered the Government to respond to the Supplemental Motion by September 24, 2024. (ECF No. 151.) The undersigned was recently assigned to the case. The Government therefore respectfully requests an additional two weeks, until October 8, 2024, to respond. This is the Government's first request for an extension.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

by: __/s/ Lauren Phillips__
    Lauren E. Phillips
    Assistant United States Attorney
    (212) 637-2231

Application Granted.

SO ORDERED:
Date: 09/19/2024
Richard M. Berman, U.S.D.J.