# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

November 7, 2024

**VIA ECF**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, NY 10007

**Re:** *James Smith v. United States of America*, 13-cr-889 (RMB); 20-cv-6844 (RMB)

Dear Judge Berman:

We write regarding the appointment of CJA counsel in the above-captioned matter. In an Order dated November 4, 2024, the Court appointed Glen Kopp counsel for petitioner James Smith. Mr. Kopp and I share a CJA slot and, as such, were both listed on the CJA roster for November 4. After conferring with Mr. Kopp, we had agreed that I would accept the appointments that came up on November 4. Accordingly, we respectfully request, with the consent of Mr. Kopp and the Government, that the Court appoint the undersigned, Daniel L. Stein, as counsel for Mr. Smith in place of Glen Kopp.

Respectfully submitted,

*Daniel Stein*

Daniel L. Stein

cc: Counsel of record (*via ECF and email*)

---

Application Granted.

SO ORDERED:
Date: 11-07-2024

Richard M. Berman, U.S.D.J.