

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 14, 2025

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. James Smith*, 13 Cr. 889 (RMB)

Dear Judge Berman:

    The Government writes to respectfully request a one-week extension to its March 17, 2025 deadline to file its sentencing submission in this matter. This is the Government's first request for an extension. Defense counsel consents to this request.

    Respectfully,

    MATTHEW PODOLSKY
    Acting United States Attorney

by: _/s/ Lauren Phillips_____
    Lauren E. Phillips
    Assistant United States Attorney
    (212) 637-2231

Application Granted.

SO ORDERED:
Date: 3-14-2025
Richard M. Berman, U.S.D.J.